ORIGINAL

FILED
APR 9 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARSHA L. LOCKER, PERSONAL REPRESENTATIVE to the ESTATE of GERALD N. COOPER, §

MARSHA L. LOCKER, PERSONAL REPRESENTATIVE to the ESTATE of MARGIE L. COOPER A/K/A MARJORIE L. COOPER, §

RICHARD J. PANNICO and PATRICIA A. PANNICO, and §

WARREN A. SECORD, §

Plaintiffs, §

vs. §

UNITED STATES OF AMERICA §

Defendant. §

CIVIL NO. 08-255 T

## NOTICE OF INDIRECTLY RELATED CASES

The above captioned and styled matter is a "Greenberg Brothers" tax refund case that is indirectly related to the following cases, and pursuant to agreement under RCFC 40(b)(3), should be assigned to Judge George W. Miller:

| Name | Suit Date | Docket No. |
|---|---|---|
| Pannico, Richard | 04/06/02 | 02-278 T |
| Shelton, Tommy | 08/23/02 | 02-1042 T |
| Bush, Lyman | 08/23/02 | 02-1041 T |
| Bates, Henry | 09/05/02 | 02-1123 T |
| Mandich, Rbt. | 09/18/02 | 02-1222 T |

| Name | Suit Date | Docket No. |
|---|---|---|
| Locker, Marsha for Gerald Cooper | 11/13/02 | 02/1550 T |
| Nirschl, Herman | 11/13/02 | 02-1551 T |
| Secord, Warren | 05/02/03 | 03-878 T |
| Whitehurst, Frances | 06/28/03 | 03-1616 T |
| Larson, Doug | 08/30/04 | 04-1397 T |
| Hendryx, Michael | 09/10/04 | 04-1433 T |
| Bates, Henry | 9/27/04 | 04-1495 |
| Shelton, Tommy | 10/25/04 | 04-1595 |
| Fagerland, David | 10/25/04 | 04-1597 |
| Habenicht, Brad | 10/25/04 | 04-1596 |
| Bush, Lymon | 10/25/04 | 04-1598 |
| Wagner, Wm | 10/25/04 | 04-1599 |
| Mandich, Rbt. | 1/6/05 | 05-018 |
| Flynn, James | 1/6/05 | 05-019 |
| Gamble, Kenneth | 01/14/05 | 05-115 |
| McCarthy, Jack | 2/4/05 | 05-190 |
| Romain, Harry | 2/7/05 | 05-199 |
| Nelson, Murray | 2/7/05 | 05-198 |
| Flynn, James | 3/14/05 | 05-307 |
| Larson, Doug | 3/18/05 | 05-379 |
| Habenicht, Brad | 04/28/05 | 05-505 |
| Arnold, Tom | 05/04/05 | 05-513 |
| Cox, Raymond | 08/01/05 | 05-839 |
| Nirschl, Herman M. | 10/17/05 | 05-1112 |
| Whitehurst, Francis Dan | 11/14/05 | 05-1200 T |

| Name | Suit Date | Docket No. |
|---|---|---|
| Yett, Charles | 05/01/06 | 06-347 |
| Green, William | 05/05/06 | 06-368 T |

Respectfully,

Thomas E. Redding Esq

Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFF

OF COUNSEL FOR PLAINTIFF:
Teresa J. Womack
Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax

## Certificate of Service

On April 8, 2008, the forgoing Notice of Indirectly related cases was served by U.S. mail on the following counsel for the United States in the above referenced indirectly related cases:

Mr. Benjamin C. King
U.S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044-0026

Sallie W. Gladney

Sallie W. Gladney



R:\DOCS\TAXCONT.T\TGGN4048.GR1.wpd