# h huIn the United States Court of Federal Claims

MARSHA L. LOCKER,
PERSONAL REPRESENTATIVE
to the ESTATE of
GERALD N. COOPER,

MARSHA L. LOCKER,
PERSONAL REPRESENTATIVE
to the ESTATE OF
MARGIE L. COOPER
AKA MARJORIE L. COOPER,

RICHARD J. PANNICO and
PATRICIA A. PANNICO, and

WARREN A. SECORD,

Plaintiffs,

vs.

THE UNITED STATES,

Defendant.

No. 08-255T

Filed April 24, 2008

## ORDER

After consultation with counsel on April 18, 2008, the Court **ORDERS** that, pursuant to the parties' agreement, proceedings in this case shall be, and hereby are, **STAYED** pending the outcome of the representative "Greenberg Brothers" tax refund cases: *Bush* and *Shelton*. *See* Judge Bruggink's order filed October 25, 2005 in *Pannico*, 02-278T. The Greenberg Brothers partnership cases filed in this court to date are identified in plaintiffs' Notice of Indirectly Related Cases, filed in this action on April 9, 2008 (docket entry 4).

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge