# In the United States Court of Federal Claims

No. 08-255T

(Filed: December 13, 2016)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARSHA L. LOCKER,
PERSONAL REPRESENTATIVE
to the ESTATE of
GERALD N. COOPER,

MARSHA L. LOCKER,
PERSONAL REPRESENTATIVE
to the ESTATE OF
MARGIE L. COOPER
AKA MARJORIE L. COOPER,

RICHARD J. PANNICO and
PATRICIA A. PANNICO, and,
WARREN A. SECORD,

   *Plaintiffs*,

v.

UNITED STATES,

   *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

  Plaintiff filed a Notice of Dismissal on November 7, 2013, pursuant to rule 41(a)(1)(A)(i). Plaintiff met the criteria for dismissal under that rule, but the clerk's office did not act on the notice. Accordingly, we direct the clerk's office to dismiss the complaint pursuant to RCFC 41(a)(1)(A)(i) and to enter judgment accordingly.

           s/Eric G. Bruggink
           ERIC G. BRUGGINK
           Senior Judge